MARNI RUBIN-WATKINS, ESQ.
Nevada Bar No. 9674
**FIDELITY NATIONAL LAW GROUP**
1701 Village Center Circle, Suite 110
Las Vegas, Nevada 89134
Telephone: (702) 667-3000
Fax: (702) 243-3091
Email: marni.watkins@fnf.com
*Attorneys for Plaintiff*
*LeaderOne Financial Corporation*

### UNITED STATES DISTRICT

### DISTRICT OF NEVADA

| | |
|---|---|
| LEADERONE FINANCIAL CORPORATION, ) | Case No. 2:18-cv-02138-KJD-CWH |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| US DEPARTMENT OF JUSTICE; JOSEPH H. ) | **STIPULATION AND ORDER TO** |
| RAMIREZ; DOES I through X; and ROE ) | **STAY CASE PENDING** |
| CORPORATIONS I through X, ) | **SETTLEMENT NEGOTIATIONS** |
| ) | |
| Defendants. ) | |

COME NOW Plaintiff LEADERONE FINANCIAL CORPORATION ("LEADERONE"), by and through their attorney of record, Marni Rubin Watkins, Esq. of Fidelity National Law Group; Defendant US DEPARTMENT OF JUSTICE ("DOJ"), by and through their attorney of record, Mark E. Woolf, Esq.; and Defendant JOSEPH H. RAMIREZ ("RAMIREZ"), by and through his attorney of record Elizabeth S. Ashley, Esq. of Ashley Law (collectively, "Responding Defendants"), and hereby stipulate and agree as follows:

1. All parties held a conference call on December 4, 2018 to discuss settlement negotiations.

2. WHEREAS the parties have agreed to stay the case for sixty (60) days to allow for meaningful settlement discussions.

NOW THEREFORE the parties hereby stipulate and agree as follows:

Fidelity National
Law Group
1701 Village Center Circle,
Ste. 110
Las Vegas, Nevada 89134
(702) 667-3000

IT IS HEREBY STIPULATED that this case is stayed for a period of sixty (60) days from the date that this Stipulation and Order is entered with the Court for the parties to conduct settlement discussions.

IT IS FURTHER STIPULATED that a further Joint Status Report will be provided to the court on or before February 4, 2019.

DATED this 6th day of December, 2018.

FIDELITY NATIONAL LAW GROUP

_/s/ Marni Rubin Watkins_
MARNI RUBIN WATKINS, ESQ.
Nevada Bar Number 9674
1701 Village Center Circle, Suite 110
Las Vegas, NV 89134
Attorneys for *Plaintiff*
*LeaderOne Financial Corporation*

DATED this 6th day of December, 2018.

DAYLE ELIESON, ESQ.
UNITES STATES ATTORNEY

_/s/ Mark E. Woolf_
MARK E. WOOLF, ESQ.
Assistant United States Attorney
501 Las Vegas Blvd. So., Ste. 1100
Las Vegas, Nevada 89101
Attorneys for Defendant
*United States*

///
///
///
///
///
///
///
///
///
///

Fidelity National
Law Group
1701 Village Center Circle,
Ste. 110
Las Vegas, Nevada 89134
(702) 667-3000

Page 2 of 3

DATED this 6th day of December, 2018.

ASHLEY LAW


*/s/ Elizabeth S. Ashley*
ELIZABETH S. ASHLEY, ESQ.
Nevada Bar Number 7501
2470 St. Rose Pkwy., Ste. 110
Henderson, NV 89074
Attorneys for Defendant
*Joseph H. Ramirez*

## ORDER

IT IS SO ORDERED.

DATED this 7 day of December, 2018.


DISTRICT COURT JUDGE


Respectfully submitted by:

FIDELITY NATIONAL LAW GROUP


*/s/ Marni Rubin Watkins*
MARNI RUBIN WATKINS, ESQ.
Nevada Bar Number 9674
1701 Village Center Circle, Suite 110
Las Vegas, NV 89134
Attorneys for *Plaintiff*
*LeaderOne Financial Corporation*

Fidelity National
Law Group
1701 Village Center Circle,
Ste. 110
Las Vegas, Nevada 89134
(702) 667-3000

Page 3 of 3