NATALIE C. LEHMAN, ESQ.
Nevada Bar No. 12995
**FIDELITY NATIONAL LAW GROUP**
8363 West Sunset Road, Suite 120
Las Vegas, Nevada 89113
Tel:  (702) 667-3000
Fax:  (702) 938-8721
Email:  natalie.lehman@fnf.com
*Attorneys for Plaintiff Leaderone Financial Corp*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LEADERONE FINANCIAL CORPORATION,<br><br>   Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF JUSTICE; JOSEPH H. RAMIREZ; DOES I-X; and ROE CORPORATIONS 1 –X,<br><br>   Defendants. | Case No.: 2:18-cv-02138-KJD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT JOSEPH H. RAMIREZ TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT AND MOTION TO SUBSTITUTE PLAINTIFF**<br>**(First Request)** |

   Plaintiff Leaderone Financial Corporation (hereinafter "Leaderone"), by and through its attorneys of record, Natalie C. Lehman, Esq. of the law firm Fidelity National Law Group, and Defendant Joseph H. Ramirez, by and through his counsel of record, Elizabeth S. Ashley, Esq., of the law firm Ashley Law, hereby jointly submit this stipulation and order to extend Defendant Joseph H. Ramirez's deadline to file his response to Plaintiff's Motion to Amend the Complaint (ECF No. 26) and Motion to Substitute Plaintiff (ECF No. 25), from April 30, 2020 to **May 15, 2020.**

/ / /

/ / /

/ / /

/ / /

/ / /

The parties have requested this extension in order to allow both sides time to evaluate a current and pending settlement offer, which was just made earlier this week. This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 28th day of April, 2020.

| FIDELITY NATIONAL LAW GROUP | ASHLEY LAW |
|---|---|
| */s/ Natalie C. Lehman* | */s/ Elizabeth S. Ashley* |
| NATALIE C. LEHMAN, ESQ.<br>Nevada Bar No. 12995<br>8363 West Sunset Road, Suite 120<br>Las Vegas, Nevada 89113<br>(702) 667-3003<br>Natalie.Lehman@fnf.com<br>*Attorneys for Leaderone* | ELIZABETH S. ASHLEY<br>Nevada Bar No. 7501<br>2470 St. Rose Parkway, Suite 110<br>Henderson, Nevada 89074<br>(702) 837-6605<br>elizabeth@elizabethashleylaw.com<br>Attorney for Joseph H. Ramirez |

## ORDER

Based upon the stipulation of the parties, and good cause appearing,

**IT IS SO ORDERED.**

DATED this 29th day of April, 2020.

_____
**UNITED STATES MAGISTRATE JUDGE**
**Case No.** 2:18-cv-02138-KJD-DJA

2